| | |
|---|---|
| **MORGAN, LEWIS & BOCKIUS, LLP**<br>Deborah S. Davidson (*pro hac vice* motion forthcoming)<br>Matthew A. Russell (*pro hac vice* motion forthcoming)<br>deborah.davidson@morganlewis.com<br>matthew.russell@morganlewis.com<br>110 North Wacker Drive<br>Chicago, IL 60606-1511<br>Tel: (312) 324-1000<br>Fax: (312) 324-1001<br><br>Mark A. Feller, Bar No. 319789<br>mark.feller@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Phone: (415) 442-1000<br><br>Oluwaseun O. Familoni (*pro hac vice* motion forthcoming)<br>shay.familoni@morganlewis.com<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004-2541<br>Tel: (202) 739-5000<br>Fax: (202) 739-3001<br><br>*Attorneys for Defendants* | **HAYES PAWLENKO LLP**<br>MATTHEW B. HAYES (SBN 220639)<br>KYE D. PAWLENKO (SBN 221475)<br>mhayes@helpcounsel.com<br>kpawlenko@helpcounsel.com<br>1414 Fair Oaks Avenue, Unit 2B<br>South Pasadena, CA 91030<br>Tel: (626) 808-4357<br><br>*Attorneys for Plaintiff Paul Hutchins* |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HUTCHINS, as a representative of a class of participants and beneficiaries on behalf of the HP Inc. 401(k) Plan,<br><br>　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>HP, INC.; HP INC. PLAN COMMITTEE; and Does 1 to 10 inclusive,<br><br>　　　　　　　Defendants. | Case No. 5:23-cv-05875-BLF<br><br>**STIPULATION REQUEST AND [PROPOSED] ORDER CHANGING TIME**<br><br>Action Filed:　　November 14, 2023 |

Pursuant to Local Rule 6-1(B), 6-2, and 7-12, Plaintiff Paul Hutchins ("Plaintiff"), together with Defendants HP, Inc. and HP, Inc. Plan Committee (collectively, "HP" or "Defendants"), by and through their respective counsel of record, jointly stipulate as follows:

WHEREAS, on November 14, 2023, Plaintiff filed his Complaint against HP in the United States District Court for the Northern District of California;

WHEREAS, Plaintiff served his Complaint on HP on November 16, 2023, which by rule established HP's current deadline to answer or otherwise respond to the Complaint as twenty-one (21) days thereafter, or December 7, 2023;

WHEREAS, HP has retained outside counsel fairly recently and continues to evaluate Plaintiffs' Complaint and his allegations against it;

WHEREAS, to allow HP sufficient time to evaluate, analyze, and respond to Plaintiff's allegations, the Parties have agreed to stipulate to an approximately 45-day extension of HP's deadline to do so;

WHEREAS, HP presently anticipates filing a motion to dismiss Plaintiff's Complaint, and therefore the Parties have also agreed to stipulate to a briefing schedule, should HP ultimately decide to file such a motion, as follows:

1. Defendants' Motion to Dismiss Plaintiff's Complaint is due **January 22, 2024**.
2. Plaintiff's Opposition to Defendants' Motion is due **February 21, 2024**.
3. Defendants' Reply in Support of their Motion is due on **March 13, 2024**;

WHEREAS, pursuant to Local Rule 6-2(a), HP has attached hereto as Exhibit A the Declaration of Mark A. Feller, in further support of this Stipulation and Request.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the respective Parties hereto, subject to approval by the Court, that:

1. Defendants' Motion to Dismiss Plaintiff's Complaint is due January 22, 2024.
2. Plaintiff's Opposition to Defendants' Motion is due February 21, 2024.
3. Defendants' Reply in Support of their Motion is due on March 13, 2024.
4. This Order is without prejudice to any and all defenses Defendants may assert in the Action and without prejudice to any and all claims Plaintiff may assert in the

Action.  This Order is also without prejudice to an application for, or stipulation to, further extensions of the briefing schedule for the motion to dismiss.

Dated: December 1, 2023                     HAYES PAWLENKO

                                            By  /s/ *Matthew B. Hayes*
                                                Matthew B. Hayes
                                                Kye D. Pawlenko

                                            Attorneys for Plaintiff

Dated: December 1, 2023                     MORGAN, LEWIS & BOCKIUS LLP

                                            By  /s/ *Mark A. Feller*
                                                Mark A. Feller
                                                Deborah S. Davidson
                                                Matthew A. Russell
                                                Oluwaseun O. Familoni

                                            Attorneys for Defendants

### L.R. 5-1(h)(3) Certification

Pursuant to Local Rule 5-1(h)(3), I attest that concurrence in the filing of the foregoing document has been obtained from each of the other Signatories.

/s/ *Mark A. Feller*
Mark A. Feller

\*   \*   \*

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Date: December 1, 2023                      /s/ Beth L. Freeman
                                            Hon. Beth L. Freeman
                                            United States District Judge