UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HUTCHINS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HP INC.; HP INC. PLAN COMMITTEE; and DOES 1 to 10,<br><br>　　　　　Defendants. | Case No. 5:23-cv-05875-BLF<br><br>[PROPOSED] **ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT AND SET BRIEFING SCHEDULE ON MOTION TO DISMISS**<br><br>Judge: The Honorable Beth Labson Freeman<br><br>Amended Complaint served:　July 17, 2024<br>Current response date:　　　July 31, 2024<br>Proposed response date:　　Aug. 23, 2024 |

The Court having considered the Parties' Joint Stipulation To Extend Deadline To Respond To The Amended Complaint And Set Briefing Schedule On Motion To Dismiss, the pleadings, and other papers on file in this action, hereby **GRANTS** the Stipulation.

**THEREFORE, IT IS ORDERED THAT**

　　a.　Defendants shall respond to the Amended Complaint by **August 23, 2024.**

　　b.　Plaintiff shall file his opposition to any motion to dismiss by **September 20, 2024**.

　　c.　Defendants shall file a reply in support of its motion to dismiss by **October 11, 2024**.

**IT IS SO ORDERED**.

Dated: ___July 19___, 2024

　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　HON. BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT AND SET BRIEFING SCHEDULE FOR MOTION TO DISMISS