United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HUTCHINS,<br><br>        Plaintiff,<br><br>   v.<br><br>HP INC., et al.,<br><br>        Defendants. | Case No.5:23-cv-05875-BLF<br><br>**JUDGMENT** |

On February 5, 2025, the Court granted Defendant HP Inc.'s Motion to Dismiss Plaintiff's First Amended Class Action Complaint (ECF No. 59) without leave to amend. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant HP Inc. and against Plaintiff Paul Hutchins. The Clerk of Court shall close the file in this matter.

**IT IS SO ADJUDGED AND ORDERED.**

Dated: February 5, 2025

_____
BETH LABSON FREEMAN
United States District Judge